# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| RUBY SMITH, on behalf of herself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | CIVIL ACTION FILE NO. 3:20-cv-00035 |
| v. ) ) | |
| LIBERTY MUTUAL INSURANCE COMPANY, ) ) ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

Defendant Liberty Mutual Insurance Company gives notice that the Parties have reached an agreement to settle Plaintiff Ruby Smith's claim on an individual basis and are currently preparing a settlement agreement. Upon entering into the final settlement agreement, the Parties will file a Stipulation of Dismissal. In the interim, the Parties jointly request that the Court suspend all pending deadlines.

Dated: July 9, 2020.

*/s/ David B. Carpenter*
Cari K. Dawson
Georgia Bar No. 213490
David B. Carpenter
Georgia Bar No. 292101
Kristi Ramsay
Georgia Bar No. 964749

        Fiona O'Carroll
        Georgia Bar. No. 442663
        Alston & Bird LLP
        1201 West Peachtree Street
        Atlanta, GA  30309-3424
        Telephone:  404-881-7000
        cari.dawson@alston.com
        david.carpenter@alston.com
        kristi.ramsay@alston.com
        fiona.ocarroll@alston.com
        *Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| RUBY SMITH, on behalf of herself and all others similarly situated, )<br><br>　　　　Plaintiff, )<br>)<br>v. )<br>)<br>LIBERTY MUTUAL INSURANCE COMPANY, )<br>)<br>　　　　Defendant. ) | )<br>)<br>) CIVIL ACTION<br>) FILE NO. 3:20-cv-00035<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I filed a true and correct copy of the within and foregoing with the Clerk of Court using the Court's CM/ECF system, which will automatically send notification of such filings to all counsel of record.

This 9th day of July, 2020.

　　　　　　　　　　　　　　　　　　　　*/s/ Kristi Ramsay*
　　　　　　　　　　　　　　　　　　　　Kristi Ramsay