IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| RUBY SMITH,<br><br>              Plaintiff,<br>v.<br><br>LIBERTY MUTUAL<br>INSURANCE COMPANY,<br><br>              Defendant. | CIVIL ACTION FILE<br>No. 3:20-cv-0035-TCB |

## **O R D E R**

The parties having announced that this case has settled, the Court hereby DIRECTS the Clerk to administratively close the case. The parties shall file a dismissal upon finalization of the settlement documents. If settlement negotiations fail, the parties should promptly move to reopen the case.[1]

IT IS SO ORDERED this 13th day of July, 2020.

_____
Timothy C. Batten, Sr.
United States District Judge

---

[1] Administratively closing a case is a docket control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. In addition, this Order will not prejudice the rights of the parties to this litigation in any manner.