IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DANIEL DEWOSKIN, | : |
| Plaintiff, | : Civil Action File No. |
| | : 1:20-cv-00806-WMR |
| v. | : |
| DARIN TOONE, | : |
| Defendant. | : |

### **NOTICE OF DISMISSAL**

COMES NOW Plaintiff, DANIEL DEWOSKIN ("Plaintiff"), before the service of an answer or a motion for summary judgment, and hereby dismisses this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

**SKAAR & FEAGLE, LLP**

By: */s/ Justin T. Holcombe*
Justin T. Holcombe
Georgia Bar No. 552100
jholcombe@skaarandfeagle.com
133 Mirramont Lake Drive
Woodstock, GA 30189
Tel:  (770) 427-5600
Fax:  (404) 601-1855

***Attorney for Plaintiff***